UNITED STATES DISTRICT COURT
THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE: DAVOL, INC./C.R. BARD, INC., POLYPROPYLENE HERNIA MESH PRODUCTS LIABILITY LITIGATION

Case No. 2:18-md-2846

Judge Edmund A. Sargus, Jr.
Magistrate Judge Kimberly A. Jolson

This document relates to:
*Carl v. C.R. Bard, Inc., et al.*
Case No. 2:23-cv-1559

## ORDER

On September 24, 2021, Plaintiff William Carl filed a complaint in this multidistrict litigation ("MDL") (Case No. 21-cv-4782, ECF No. 1). In the complaint, Plaintiff asserts several claims based on alleged injuries caused by a Bard Mesh hernia mesh device, a product manufactured by Defendants, implanted on May 30, 2017. (*Id.*) On May 9, 2023, through different counsel, Plaintiff filed another complaint in this MDL, alleging injuries caused by a Marlex hernia mesh device, a product manufactured by Defendants, implanted on May 30, 2017. (ECF No. 1.) On September 26, 2023, Defendants filed a motion to dismiss the instant action as duplicative of Case No. 23-cv-1559. (ECF No. 3.) Plaintiff did not file a response, and the Court will therefore treat the motion as unopposed. Accordingly, Defendants' motion (ECF No. 3) is **GRANTED** and this case is **DISMISSED**.

**IT IS SO ORDERED.**

**12/13/2023**
**DATE**

s/Edmund A. Sargus, Jr.
**EDMUND A. SARGUS, JR.**
**UNITED STATES DISTRICT JUDGE**